| | |
|---|---|
| **LUCAS LIMA DE OLIVEIRA**, <br><br> *Plaintiff*, <br><br> **v.** <br><br> **UR M. JADDOU**, et. al., <br><br> *Defendants*. | **Case No.:** 1:23-cv-12958 <br> **Civil Action** |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 85.5.3(e)(2) of the United States District Court for the District of Massachusetts, Aleksandra Peryeva and the firm of Curran, Berger & Kludt, LLP hereby move that Adam Luis Rodriguez be admitted *pro hac vice* to the bar of this Court for the purpose of representing Mr. Lucas Lima De Oliveira in the above-referenced matter.  In support of this motion, movant sets forth the following information:

1.  Adam Luis Rodriguez is the sole practicing attorney of the Law Offices of Adam Rodriguez with a mailing address of: PO Box 7616, Silver Spring, Maryland 20907.  Mr. Rodriguez' office telephone number is (202) 848-6669 and his email address is adam@arodlawfirm.com.

2.  Mr. Rodriguez is admitted to practice law in the states of Florida, Maryland, and the District of Columbia.

3.  Mr. Rodriguez is admitted to practice before the following Federal Courts:

    a.  U.S. District Court of Maryland;

    b.  U.S. District Court for the District of Columbia;

    c.  U.S. District Court for the Southern District of Florida;

    d.  U.S. District Court for the Middle District of Florida;

      e.     U.S. Court of Appeals for the Eleventh District;

      f.     U.S. Court of Appeals for the Fourth District;

      g.    U.S. Court of Appeals for the Ninth District; and

      h.    United States Supreme Court.

4. Mr. Rodriguez is in good standing in every jurisdiction where he is admitted to practice.

5. Mr. Rodriguez is not under suspension, disbarment, and no disciplinary proceedings are pending against him.

6. Mr. Rodriguez is familiar with the Local Rules for the U.S. District Court of Massachusetts.

Mr. Rodriguez does hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the Bar of this Court and be allowed to appear in the referenced matter.

| | |
|---|---|
| Dated: December 4, 2023 | /s/ Adam L. Rodriguez |
| | Adam Luis Rodriguez |
| | |
| | Respectfully submitted, |
| | |
| Dated: December 4, 2023 | /s/ Aleksandra Peryeva |
| | Aleksandra Peryeva, Esq. |
| | MA Bar No.: |
| | Curran, Berger & Kludt, LLP |
| | 79 Masonic St |
| | Northampton, MA 01060 |
| | (T): (413) 584-3232 |
| | (F): (413) 584-5411 |
| | (E): ap@cbkimmigration.com |
| | *Local Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ Aleksandra Peryeva
Aleksandra Peryeva